IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| OSVALDO LOZANO AND RACHELLE LOZANO  *PLAINTIFFS,* | § § § § | |
| vs. | § § | CIVIL ACTION NO: 7:25-cv-248 |
| UNITED STATES OF AMERICA  *DEFENDANT.* | § § § | |

## PLAINTIFFS' ORIGINAL COMPLAINT

To The Honorable Judge of This Court:

*COME NOW* Plaintiffs, Osvaldo Lozano and Rachelle Lozano, and file this Plaintiffs' Original Complaint, complaining of and about Defendant, United States of America. In support thereof, Plaintiffs would respectfully show this Court the following:

### I. PARTIES

1. Plaintiffs are individuals who reside in Starr County, Texas and are citizens of Texas.

2. Defendant, the United States of America, may be served by sending a copy of the summons and the complaint by certified mail to (1) the United States Attorney for the Southern District of Texas; (2) the Attorney General of the United States, (3) The Department of Defense, and (4) United States Army Department, whose action is attacked in this suit.

## II. JURISDICTION

3. This Court has jurisdiction over this lawsuit under 28 U.S.C. § 1346(b) because the suit involves a claim against the United States for personal injury and damage to property caused by the negligent act of a government employee while acting within the scope of his employment with the Federal Government.

## III. VENUE

4. Venue is proper in this district under 28 U.S.C. §1402(b) because Plaintiffs reside in this district and the acts and omissions of Defendant, complained of by Plaintiffs, occurred in this district.

## IV. CONDITIONS PRECEDENT

5. Plaintiffs timely presented this claim in writing to the United States Army. More than six months have passed without a response from United States Army. The failure to respond is deemed a constructive denial of the claim under 28 U.S.C. § 2675(a).

## V. FACTS

6. On June 26, 2023, Plaintiff Osvaldo Lozano suffered personal injuries and potentially other damages, including but not limited to the aggravation of symptomatic and asymptomatic preexisting condition(s), when the vehicle in which he was driving, which was owned by Plaintiff Rachelle Lozano, was struck by a vehicle driven by Anthony Hicks, Jr., while Mr. Hicks was in the course and scope of his employment with the United States of America, and specifically its Department of the United States Army.

7. Anthony Hicks, Jr. was an employee of Defendant and was acting in the course and scope of his office or employment during the act and/or omission that caused Plaintiffs'

injuries.

## VI. FEDERAL TORT CLAIM ACT

8. The act and/or omission by Anthony Hicks, Jr. was negligent.

9. Anthony Hicks, Jr. had a duty to exercise ordinary care and operate the motor vehicle given to him as a reasonable and prudent driver would under the same or similar circumstances.

10. Under the laws of the State of Texas, a private person would be liable to Plaintiffs for this act and/or omission. Therefore, under 28 U.S.C. §2674, the United States is liable to Plaintiffs for their injuries and damages, resulting from the negligence of Anthony Hicks, Jr..

## VII. DAMAGES

11. As a direct and proximate result of Defendant's employee's conduct, Plaintiffs suffered the following injuries and damages:

   a. Medical expenses in the past and future;
   b. Physical pain in the past and future;
   c. Physical disfigurement in the past and future;
   d. Lost earnings;
   e. Loss of earning capacity;
   f. Physical impairment in the past and future;
   g. Property damage, including loss of use and diminished value;

## PRAYER

For these reasons, Plaintiffs ask for judgment against Defendant for the following:

1. Actual damages;

2. Cost of suit;

3. Pre and post-judgment interest;

4. All other relief to which the Court deems Plaintiffs entitled

Respectfully Submitted,

BY: /s/ David M. Roerig
Jorge A. Green
Texas Bar No. 24038023
Southern District No. 34136
jorge@thegreenlawfirm.com
Leticia Garza
Texas Bar No. 24092405
Southern District No. 2526735
lety@thegreenlawfirm.com
David M. Roerig
Attorney-in-Charge
Texas Bar No. 24060513
Southern Bar No. 915786
david@thegreenlawfirm.com

THE GREEN LAW FIRM, P.C.
34 S. Coria
Brownsville, Texas 78520
Telephone:   (956) 542-7000
Facsimile:    (956) 542-7026

*ATTORNEYS FOR PLAINTIFFS*